# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Mar 18, 2019
SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRUDY L. CORPORON COOK,<br><br>Defendant. | No. 2:16-PO-0144-JTR<br><br>ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE |

**BEFORE THE COURT** is the Defendant's Motion to Dismiss. ECF No. 61. Defendant is represented by Mary Calderon, Legal Intern, and federal defender J. Stephen Roberts. The United States is represented by David M. Herzog.

Defendant moves to dismiss the case, without prejudice, based on her completion of the Pretrial Diversion Agreement's required volunteer service hours and her resolution of this matter with the United States. *See* ECF No. 61.

Good cause appearing therefor, **IT IS ORDERED**:

1. Defendant's Motion to Dismiss, **ECF No. 61**, is **GRANTED**.

2. The pending citation for Being Under the Influence, Using or Possessing any Drug, in violation of 41 C.F.R. § 102-74.400 – Violation No. 6509510, is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

DATED March 18, 2019.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1